

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00991-CV

**IN THE INTEREST OF K.N.J.** and K.J., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00515
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED May 8, 2019.

Sandee Bryan Marion, Chief Justice